# UNITED STATES COURT OF APPEALS
For The Fourth Circuit
Post Office Box 10857
Greenville, South Carolina 29603-0857

William W. Wilkins
Chief Judge



Telephone (864) 233-7081
Facsimile (864) 242-0489

October 18, 2006

Honorable Frank D. Whitney
United States District Judge
Western District of North Carolina
195 Charles R. Jonas Federal Building
401 W. Trade Street
Charlotte, NC 28202

Re: Designation to the Fourth Circuit Court of Appeals
Monday, May 21, 2007, through Friday, May 25, 2007

Dear Judge Whitney:

Enclosed is a Designation for you to sit with the Fourth Circuit on Monday, May 21, 2007, through Friday, May 25, 2007.

We appreciate your willingness to assist us.

Sincerely,

William W. Wilkins

cc: Samuel W. Phillips, Circuit Executive
Patricia S. Connor, Clerk
Frank G. Johns, Clerk, U.S. District Court

**DOCUMENT SCANNED**

DESIGNATION OF DISTRICT JUDGE
FOR SERVICE ON COURT OF APPEALS

WHEREAS the business of the Court of Appeals for the Circuit requires the designation and assignment of a district judge to sit upon the court; now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(a), I do hereby designate and assign the Honorable Frank D. Whitney, United States District Judge for the Western District of North Carolina, to sit upon the Court of Appeals for the Fourth Circuit during the period beginning Monday, May 21, 2007, and ending Friday, May 25, 2007, and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business.

_William W. Wilkins_
Chief Judge
Fourth Circuit

Dated October 18, 2006